# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| SALLY KAY STANLEY, | ) | |
| | ) | |
| Plaintiff(s), | ) | 2:04-cv-0319-RLH-PAL |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| LAS VEGAS METROPOLITAN | ) | |
| POLICE DEPARTMENT, *et al.*, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

        Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge (#45, filed April 19, 2006), entered by the Honorable Peggy A. Leen, regarding Plaintiff's failure to respond to the Court's Order to Show Cause (#44). No objection to the Report of Findings and Recommendation was filed, however Plaintiff filed a **Motion for In Chamber Conference and Stay on Any Further Proceedings** (#47, filed April 28, 2006, within the 10-day time limit). Because there is no basis for a motion for in-chambers conferences, the Court will consider her "motion" as an objection to Judge Leen's Report of Findings and Recommendation, even though the document makes no effort to justify or explain Plaintiff's total disregard of Judge Leen's orders.  She admits she stopped activity on this case, which is the very basis for Judge Leen's Recommendation.

        The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be affirmed.

1

        IT IS THEREFORE ORDERED that Magistrate Judge's Report of Findings and

2 Recommendation (#45, entered April 19, 2006) is AFFIRMED and ADOPTED, this matter is

3 DISMISSED, and judgement will enter accordingly.

4         IT IS FURTHER ORDERED that Plaintiff's Motion for In-Chambers Conference

5 and a Stay (#47) is DENIED.

6         Dated:   May 8, 2006.

7

8

9 **ROGER L. HUNT**
  **U.S. District Judge**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26